Jason G. Revzin
Nevada Bar No. 8629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV  89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN B. WARENSKI,<br><br>            Plaintiff,<br><br>v.<br><br>AMERICA FIRST CREDIT UNION, and TRANS UNION, LLC,<br><br>            Defendants. | Case No. 2:15-cv-02302-RFB-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

   Plaintiff Robin B. Warenski and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

   There are no longer any issues in this matter between Plaintiff Robin B. Warenski and Trans Union LLC to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4837-3258-5778.1

this lawsuit are hereby dismissed with prejudice, with court costs and attorney's fees to be paid by the party incurring same.

Dated this 6th day of June, 2016.                    Dated this 6th day of June, 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP                  HAINES & KRIEGER, LLC


     /s/ Jason G. Revzin                                  /s/ David H. Krieger
Jason G. Revzin, Esq.                                David H. Krieger
Nevada Bar No. 8629                                  Nevada Bar No. 9086
6385 S. Rainbow Blvd., Suite 600                     8985 S. Eastern Avenue, Suite 370
Las Vegas, NV 891118                                 Henderson, NV 89123
Telephone: (702) 893-3383                            Telephone: (702) 880-5554
Fax: (702) 893-3789                                  Fax: (702) 383-5518 Fax
Email: jason.revzin@lewisbrisbois.com                Email; dkrieger@hainesandkrieger.com
*Counsel for Trans Union LLC*                        *Counsel for Plaintiff*


**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 17th day of June, 2016.